UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

MARTELL ELECTRIC, LLC,

        Plaintiff/Counter-Defendant,        Case No. 3:22-cv-00430

v.        Hon. Cristal C. Brisco

STEPHEN TISHHOUSE,        Hon. Michael G. Gotsch, Sr.
CARRIE TISHHOUSE, and
TISHHOUSE ELECTRIC, INC.,

        Defendants/Counter-Plaintiffs.

_____/

| | |
|---|---|
| SOPKO, NUSSBAUM, INABNIT & KACZMAREK<br>Brent E. Inabnit (#17387-71)<br>Kevin E. Warren (#26638-64)<br>Jessica R. Merino (#31759-17)<br>5th Floor – Plaza Building<br>210 South Michigan Street<br>South Bend, IN 46601<br>(574) 234-3000<br>brenti@sni-law.com<br>kevinw@sni-law.com<br>jessicam@sni-law.com<br><br>*Attorneys for Plaintiff/Counter-Defendants* | REVISION LEGAL, PLLC<br>Eric W. Misterovich (P73422)<br>8051 Moorsbridge Rd.<br>Portage, MI 49024<br>(269) 281-3908<br>eric@revisionlegal.com<br><br>*Attorneys for Defendants/Counter-Plaintiff* |

_____/

**DEFENDANTS/COUNTER-PLAINTIFFS' MOTION FOR JUDGEMENT ON THE PLEADINGS AND PARTIAL SUMMARY JUDGMENT**

    Defendants/Counter-Plaintiffs, pursuant to Fed. R. Civ. P. 12(c) and 56, hereby move this Honorable Court for an Order granting Judgment on the Pleadings and Partial Summary Judgment in their favor for the reasons as stated in the accompanying Brief in Support, Statement of Material Facts pursuant to Local Rule 56-1, and supporting Exhibits 1-21 on the grounds that: (i) there is no genuine issue of material fact as to Defendants/Counter-Plaintiffs claims that Martell breached the Acquisition Agreement by terminating their employment prior to the expiration of a two-year

1

term and by failing to remit money owed under the Acquisition Agreement's Work-In-Process provisions; (ii) Martell has failed to state a claim for relief as to various portions of its Breach of Contract claim, its Tortious Interference with Business Relationships claim, and its Tortious Interference with Contractual Relationships claim; (iii) there is no genuine issue of material fact as to all of Martell's claims within its First Amended Complaint.

Respectfully submitted,

Date: May 15, 2024              REVISION LEGAL, PLLC

/s/Eric Misterovich
Eric Misterovich
*Attorneys for Defendants*
Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
269-281-3908
eric@revisionlegal.com

*Attorneys for Defendants/Counter-Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date below, the foregoing Statement of Material Facts was served on counsel of record via the Court's ECF system.

Respectfully submitted,

Date: May 15, 2024              REVISION LEGAL, PLLC

/s/Eric Misterovich
Eric Misterovich
*Attorneys for Defendants*
Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
269-281-3908
eric@revisionlegal.com

*Attorneys for Defendants/Counter-Plaintiff*