UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| MARTELL ELECTRIC, LLC, | ) | |
| | ) | |
| Plaintiff/Counter Defendant, | ) | CASE NO. 3:22-CV-00430-JD-MGG |
| | ) | |
| v. | ) | Lower Court Case No. 71D06-2205-CT-165 |
| | ) | |
| STEPHEN TISHHOUSE, CARRIE TISHHOUSE, and TISHHOUSE ELECTRIC, INC. | ) ) ) | |
| Defendants/Counter-Plaintiffs. | ) | |

**MARTELL ELECTRIC LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff/Counter-Defendant, Martell Electric, LLC, ("Martell") by counsel and pursuant to Fed. R. Civ. P. 56, respectfully requests the Court to enter an order granting summary judgment in favor of Plaintiff/Counter-Defendant and against Defendants/Counter-Plaintiffs on Count I and Count II of Defendants/Counter-Plaintiffs' Counterclaim. In support of this Motion, Martell has filed a Brief in Support of its Motion for Summary Judgment.

Respectfully submitted,

SOPKO, NUSSBAUM, INABNIT & KACZMAREK

By: /s/ Kevin E. Warren
Kevin E. Warren, # 26638-64
Brent E. Inabnit, #17387-71
5th Floor - Plaza Building
210 South Michigan Street
South Bend, Indiana 46601
Telephone: (574) 234-3000
Facsimile: (574) 234-4220
kevinw@sni-law.com
brenti@sni-law.com
Attorneys for Martell Electric, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Eric Misterovich, Revision Legal, PLLC.

/s/ Kevin E. Warren